NRESTRAINT,

# U.S. District Court
## District of Oregon (Portland (3))
## CRIMINAL DOCKET FOR CASE #: 3:22−mj−00217−1

Case title: USA v. Williams

Date Filed: 12/14/2022

Other court case number:  22−cr−675 USDC Southern District
of New York

Assigned to: Unassigned

**Defendant (1)**

**Alan Williams**
      represented by **Ryan Costello**
Federal Public Defender
101 SW Main Street
Suite 1700
Portland, OR 97204
503−326−2123
Fax: 503−326−5524
Email: ryan_costello@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

**Pending Counts**          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**         **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**            **Disposition**

18 USC 371 (Conspiracy); 15
USC 78j(b) & 78ff (Securities
Fraud); 18 USC 1343 (Wire
Fraud)

**Plaintiff**

**USA**
Email All Attorneys

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/14/2022 | 1 | | Documents Received From Other Court as to Alan Williams from USDC Southern District of New York Case No: 22−cr−675 (ecp) (Entered: 12/14/2022) |
| 12/14/2022 | 3 | | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3) for Arrest in Our District Offense in Another. Proceedings held on 12/14/2022 before Magistrate Judge Jeffrey Armistead as to Alan Williams. Defendant waived an in−person appearance and consented to appear by video from USM lockup. Defendant waived preliminary/identity hearing. Defendant advised of rights and waived reading of the charges. Order Appointing Counsel Ryan Costello for Alan Williams for today's purposes. Other Court Information: 22 CRIM 675. Counsel Present for Government: Seth Uram. Counsel Present for Defendant: Ryan Costello. Restraint Order: NR. (USPO Present: Pricilla Villa) (Court Reporter: Kellie Humiston) (pjg) (Entered: 12/14/2022) |
| 12/14/2022 | 4 | | **Order Setting Conditions of Release** as to Defendant Alan Williams. Signed on 12/14/2022 by Magistrate Judge Jeffrey Armistead. (kemc). (Entered: 12/14/2022) |
| 12/14/2022 | 5 | | Waiver of Rule 5 & 5.1 Hearings by Alan Williams (ecp) (Entered: 12/15/2022) |
| 12/14/2022 | 6 | | Order Requiring Defendant to Appear in District of Southern District of New York Where Charges are Pending and Transferring Bail as to Alan Williams (ecp) (Entered: 12/15/2022) |

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Ryan Costello (megan_nolde@fd.org, orx_docketing@fd.org,
ryan_costello@fd.org)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov)
--No Notice Sent:

Message-Id:8053260@ord.uscourts.gov
Subject:Activity in Case 3:22-mj-00217 USA v. Williams Initial Appearance - Out of
District Warrant
Content-Type: text/html
```

**U.S. District Court**

**District of Oregon**

**Notice of Electronic Filing**

The following transaction was entered on 12/14/2022 at 1:58 PM PST and filed on 12/14/2022

| | |
|---|---|
| **Case Name:** | USA v. Williams |
| **Case Number:** | <u>3:22−mj−00217</u> |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
 **Minutes of Proceedings: Initial Appearance pursuant to Rule 5(c)(3) for Arrest in Our District Offense in Another. Proceedings held on 12/14/2022 before Magistrate Judge Jeffrey Armistead as to Alan Williams. Defendant waived an in−person appearance and consented to appear by video from USM lockup. Defendant waived preliminary/identity hearing. Defendant advised of rights and waived reading of the charges. Order Appointing Counsel Ryan Costello for Alan Williams for today's purposes. Other Court Information: 22 CRIM 675. Counsel Present for Government: Seth Uram. Counsel Present for Defendant: Ryan Costello. Restraint Order: NR. (USPO Present: Pricilla Villa) (Court Reporter: Kellie Humiston) (pjg)**


**3:22−mj−00217−1 Notice has been electronically mailed to:**

Ryan Costello     ryan_costello@fd.org, megan_nolde@fd.org, orx_docketing@fd.org

**3:22−mj−00217−1 Notice will <u>not</u> be electronically mailed to:**

AO 466A (Rev. 07/16)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:22-mj-00217 |
| ALAN WILLIAMS | ) | |
| | ) | Charging District's Case No.   22 CRIM 675 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Southern District of New York
.

I have been informed of the charges and of my rights to:

(1)      retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)      an identity hearing to determine whether I am the person named in the charges;

(3)      production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)      a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)      a hearing on any motion by the government for detention;

(6)      request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑      an identity hearing and production of the warrant.

☑      a preliminary hearing.

☐      a detention hearing.

☐      an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:      12/14/2022

/s/ Alan Williams
*Defendant's signature*

/s/ Ryan Costello
*Signature of defendant's attorney*

Ryan Costello
*Printed name of defendant's attorney*