LAW OFFICES OF
# JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

August 2, 2024

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: <u>United States v. Alan Williams</u>, S1 22 Cr. 675 (PGG)

Dear Judge Gardephe:

    I am writing on behalf of defendant Alan Williams and jointly with the government to respectfully request that Mr. Williams' presentence investigation report ("PSR") be ordered and that the defendant's September 6, 2024 sentencing be adjourned to late December to provide an opportunity for both the PSR to be drafted by Probation and the parties to prepare their submissions.

    Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:    Jason Richman
        Assistant United States Attorney (by ECF)