UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ALAN WILLIAMS,

Defendant.

**ORDER**

22 Cr. 675 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

   Defendant Alan Williams's sentencing is scheduled for February 7, 2025, at 3:00 p.m. The Defense sentencing submission will be due by **January 17, 2025**, and the Government submission will be due by **January 24, 2025**.

Dated: New York, New York
    January 6, 2025

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge