# EXHIBIT A





# EXHIBIT B





# EXHIBIT C

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

20 November, 2024

Your Honorable Judge Gardephe,

My name is Nina Fox and I am writing this letter on behalf of my step-father, Alan Williams. Alan, who I fondly refer to as Fred, and I met in the year of 1999. The first thing that comes to mind when I think of him is how is much of a dedicated father he is to myself, my siblings and his two older children from his previous marriage. As a father to five, he has been there for all of us in unique and personalized ways. We have all had our own experiences with our Father, and I would certainly say the news from 2022 was nothing less than a shock to our entire family. We all understand how serious this situation is and we are asking for your mercy in his sentencing. We would love to have our aging father as close to us as possible during his closing chapter of life.

When "Fred" and I met in 1999 I was at first apprehensive, as all children are when they meet their parents new significant other. That quickly wore off and I soon realized how prompt, funny and generous he was. He loved my mother so much and you could tell he was simply smitten by her. At the time they lived in different counties, about 45 minutes in distance, and he would arrive to our home on Friday's and stay the next two nights up until the time I graduated from high school. On Friday's every week he would arrive to our home earlier than my mother. I would be home already from school and we would sit for at least for an hour or two and he would consistently ask me about school, my friends, and we would talk about my interests. Sometimes I would even play him one of my favorite shows "Buffy The Vampire Slayer", something maybe he wasn't as excited about, but I never noticed. He put his energy into getting to know me and allowed me to share my interests openly. I will fondly remember every Friday night going to "Tommy's Wok" Chinese food in Sausalito, CA.

Once I graduated high school my mother, Karen Williams, and Fred relocated to Wilsonville, OR. I was of course sad but I understood why they moved. I would visit a few times a year on my breaks from school, a school that Fred generously contributed towards by tuition, and we would still have our fun together. Oregon was different- the people, the food and more but I knew this was the place for them to be. Their new home was in the country and it was warm, spacious and still close enough to go out to restaurants etc. It was unlike any place I had ever been. A few years passed and they moved into another home and really started to lay down roots. My siblings were born in 2008, and as far as I am concerned Fred has and will always be their father. Despite not being their biological father he has been there for them since birth and has shown them the same level of care, support and love that he has shared with all of his children. I felt so emotional on my last visit to Oregon watching my sister and brother

crying and so scared for the potential "loss" of their father. It proved to me something that I knew, but being farther removed in distance, I saw how traumatic this upcoming sentencing is weighing on their innocent hearts and spirits.

As an adult now and in my own life I still live in California. I reside one town over from where this journey all began in Mill Valley, California. I don't get to see my family as often as I would like but we try not to go more than three months without seeing each other. I look forward to our visits and my children ask every day when they will get to see their grandparents. Fred reminds me all of the time how proud he is of me. He has consistently expresses praise for my ambitions to be self employed and he never lets me forget that he believes that I am a great mother to my children J███████ 8) and L██ (3). My son is fascinated with Fred's time spent serving our country and my daughter really just likes to laugh with him. Fred has a close relationship with my husband and has always been a fan favorite among my friends. I feel my connection to my family everyday, despite our physical distance, I know that I make them proud because they always let me know. My family will be devasted and incomplete if & when Fred leaves us. He is a pilar to us all and I strongly believe he will live the rest of his life making us all proud of his choices and decisions.

Thank you for taking the time to read my letter. My family and I sincerely appreciate your considerations and we wish you a happy holiday.

Kindly,

Nina Fox

# EXHIBIT D

Michael Landis
1990 SE Mulberry Dr
Milwaukie, OR 97267
November 19, 2024

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Gardephe,

My name is Michael Landis and I have known Alan Williams for 29 years starting in business, later as mentor, and friend. I am aware of the serious charges Alan is facing but I believe the charges against him does not demonstrate his true character.

I have consistently found Alan to be a great father to his children, strong integrity, humble, respectful, hardworking and a commitment in helping less fortunate people in our community. The first time I talked to Alan was when I was 23 working at a competing firm. Alan always asked how I was doing, where I was from, what I was up too. I was young and Alan was a senior manager and to have someone of his statue make time for me helped give me confidence at my first job. This small chatter led to a friendship/mentor relationship where I asked for advice many times in my life. After the financial crisis in '07 I was struggling and house under foreclosure Alan continued to be my friend and advised me to keep my head down and keep grinding. He would say hard work is eventually rewarded.

In 2010 I was out of the stock market business and working with my brothers in a construction business. Alan helped at the beginning because he believed in me even though it was a completely different business. He saw my potential that I didn't know I had and now 15 years later we have become the City of Portland's top construction contractor 3 out of the last 5 years. It has led me to be the manager and give the same belief I was given to a team of 70 diverse employees. My company hasn't lost a superintendent or foreman in over 10 years because like Alan taught me, I take the time to know my employees, believe in them, and understand what they need to be successful.

I know Alan has pled guilty for is a serious charge and I know Alan knows what he did was wrong. I am not sure why Alan did what he did because as a close friend I had no idea this trading scheme was going on. He never purchased anything extravagant or went on trips, so it wasn't for the money to show off. The first thing he does when we talk now is to apologize to me, this has happened every time we have talked since he was charged. I live within ten miles of Alan and haven't seen him because he is embarrassed to come out and his health has declined. This self-inflicted misconduct has greatly deteriorated his life.

I respectfully ask the court to consider this letter as part of your assessment of Alan's character. I am confident that he will comply with any decision the court deems appropriate and will continue to have positive contributions to society.

Sincerely,
Michael Landis (Mlandis@llconstruction.com) – 925.788.5857

# EXHIBIT E

Dear Judge,

My name is Lea Thone. I have known the Williams family for 10 years. Our children went to Kindergarten together and are now in high school. I have gotten very close to this family over the last decade and was very surprised when this situation came to light, as it was out of character for Alan. I have known him to be a kind, helpful person.

In August 2018, my oldest son, Eli, was diagnosed with Osteosarcoma cancer at just 17 years old. In the 4 1/2 year cancer battle my son had, Alan was always concerned about my son and would ask about his well-being often. After traditional cancer treatments did not work for Eli, we participated in two different clinical trials at Seattle Children's Hospital that required staying in the city for 2 1/2 months. As a single, self employed mom, I was not able to afford lodging for these trials…Alan knew about this situation and offered to help cover the lodging costs..without Alan's help, we would not have been able to afford to participate in the clinical trials, which I believe helped give my son more time on this earth. Unfortunately, my son passed away last year at the age of 22. I don't know how I would have survived the last year without the emotional support and help from Alan and Karen Williams. I know Alan has made some poor choices in this matter but he truly is a good man, father and friend. I ask you to take this into consideration when determining his future.

Thank you for taking the time to read this letter.

Lea Thone

503-768-6605

# EXHIBIT F

November 15, 2024

Dear Judge Gardephe,

I have known Alan Williams since we met in elementary school in 1955. To this day he remains as a very close personal friend. I am aware that Alan has been convicted of a serious crime. This is contrary to the man that I know extremely well. I know, through both personal and business experience, Alan to be very loyal, supportive, and one who always puts his family and friends as a top priority. Alan has expressed to me during several conversations that he deeply regrets his actions and takes full responsibility. He never has tried to blame anyone else.
In closing, I appeal for leniency for Alan Williams. My appeal is based upon my sixty nine year relationship with Alan knowing him to be a good and decent person.

Sincerely,
Brian Baylies

51 Red Cypress Court
Danville, Ca. 94506
(925) 262-7121

**Brian.baylies@gmail.com**

# EXHIBIT G

November 15, 2024

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Hon. Judge Gardephe,

My name is Ariane Wirth, I am friend to Alan Williams for more than 25 years. We met through my best friend Karen Williams. I understand that Alan has been convicted of a serious crime and will appear before you for sentencing.

I have always held Alan Williams in high regard, he has taken care of my best friend and her children for many years. He has always been a man to be counted on. His depth of caring for my best friend and loving her children has always meant so much to me. One of the times he displayed this by preforming such life altering act, he dropped every thing in Oregon and got in the car and drove all the way to my house in California.

Karen and the twins who were just 6 weeks old at the time, were staying with me and my husband. Alan arrived he stated "he loved them so much he was their protector and provider," He further stated they belonged with him. The following day Alan loaded the babies and luggage up in the car and took them back to live with him. Since then he has followed through with his promise.

When my father passed away he called and checked on me regularly; he was supportive through the entire period of time with his calm assurance that I was going to get through this rough period in my life.

Alan has always made me feel welcome; flying me up to visit the family. He has always made me feel loved and welcomed in his home, he even named a guest room for me in both houses he has resided in over the past 25 years.

Alan has been an anchor to both family and friends.


Sincerely yours,

Ariane Wirth

# EXHIBIT H

Don Whitaker Jr
1449 N Via Miraleste
Palm Springs, CA  92262
Dowtr8r@gmail.com
949-422-8071

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Gardephe,

My name is Don Whitaker, Jr., and I am writing on behalf of Alan Glenn Williams.  I have had the privilege of knowing Alan Glenn for my entire life of 58 yrs.  The relationship between our families began over 74 years ago when my father and his brother, in a playful moment, put an inquisitive neighbor, Alan Glenn, on the roof of their house and left him there.  Remarkably, this initial encounter blossomed into a profound and lifelong friendship.  My father became Alan Glenn's Godfather when he accepted Jesus Christ as his Savior in his early twenties.  Their last conversation, prior to his passing, was filled with profound remorse, sorrow and guidance towards a higher power.

I understand that Alan Glenn is facing serious charges, but this incident does not capture the essence of who Alan Glenn truly is, nor his positive influence on me and others.  Alan Glenn saw potential in me and offered me my first job out of college in 1988.  He always mentored with the utmost integrity, character and honesty, particularly in teaching others the securities business.  During times of corporate change, he ensured that all members of our groups were placed accordingly.  His concern for others and their wellbeing is undeniable.  Alan Glenn leads life by example, by living a healthy life.  He is an amazing person in so many ways and has been pivotal in guiding me in my early career.  I am so grateful to him and for all he has done and consider him part of my extended "forever" family.

Please consider a lifetime of positive influence he has had on me and so many others.  There is much more goodness in Alan Glenn to share.

Thank you for your time and consideration.

Don C. Whitaker Jr.

# EXHIBIT I

November 16, 2024

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Hon. Judge Gardephe,

My name is Karen Williams. I am Alan's partner; we currently share our lives together.

Since 1999, when I met Alan, he was recently divorced with two teens aged 16 and 19. I also was single with a 14 year old.

Alan worked at Sutro & Company in San Francisco - managing the traders at that time and I worked in Marin at Tamanpais Bank as a Vice President in the Loan Department.

Every Friday night he would meet me at our house in Sausalito for a nice dinner. My teen was 14. Alan would get off work from San Francisco and go for a jog in Sausalito and then visit with Nina my (then teen) daughter until I got home for dinner. She would join us a few times a month. She enjoys being special to Alan. He later helped Nina along with her father for college tuition and later for Nina's wedding. She and Alan are very close. She considers him a Father figure.

Alan's son Brian is my stepson and very close to me. I helped guide him into the mortgage business which he still does today. Alan is friends with many of my associates. We would all often have holidays at our place in Sausalito.

Alan would often bank at the bank where I worked. He would often deposit large amounts of money to help our deposits grow. The Bank President and other senior managers regarded him well.

Alan gives great advice and I've known him to be very careful with his finances. He's very private and guarded.

I was surprised to find out the crime Alan committed. I feel disappointed that Alan got involved in criminal activity. I have never known him to break the law. He feels ashamed.

I explained to the twins L███ and S███ who are sixteen years old today, that good people do bad things and we must forgive Papa and move forward with strength for him.

Please Honorable Judge Gardephe, we are asking that Alan not go to prison and to take him home with us.

Thank you and sincerely,

Karen M. Williams-Guldbech
415-336-5132

# EXHIBIT J

Hon.Paul G. Gardephe

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007


My Name Is Devin Williams and my father is Alan Williams. I hope some of my personal experiences below can show the character of Alan Williams. The person that I have grown up with for the last 40 years. Unfortunately, he has broken the law. I understand the consequences involved. He will have to appear in front of Judge Gardephe for sentencing.

He taught me to be Independent, Fierce, He set me up with the tools to become a better person and succeed with a safety net in case I failed. My father has always had a lot of pressure on him and watching him navigate stressful situations in a calm matter. Having to be financially responsible for many people that are not just direct family members.

My father is very intelligent and savvy with numbers. That rubbed off on me. I remember when I wanted to go to the Fashion Institute of Design and merchandising at 18 years old. Some said it was a trade school, not a 4-year education, what do you do with a art/fashion degree? I knew at that point I was going to be a buyer, and it was going to be in the fashion industry. That's what happened, I ended up being a buyer for many corporations- My first was Forever 21. Now working in more raw materials for a hydroponic company. None of that would have happened if I didn't get support from my father. Others were not being supportive at the time. I could have applied for a student loan and put myself through school like many others do. It's different when you can pick up the phone and tell someone about a experience and they listen to give you advice. Having a person believe you will succeed when you have not reached the goal yet.

Throughout my entire life Alan Williams has been my support and I watched him support others outside the circle which included co-workers, friends, extended family, even strangers. Some would be hesitant, but he gave everyone a chance if it came down to business. I have seen him help a friend that was about to lose his home. I have seen him mentor many people in the stock market. Trying to get a person to succeed so they can start a future for themselves. He gave my cousin his truck, wasn't brand new but made sure it was reliable, new tires. My cousin still drives that truck today, over 15 years old. It was a vehicle to work. The support that I was given was always offered to many others as well.

My relationship with my father is never going to change, I continue to call him and share my life experiences, and he gives me advice. Thats the relationship that we have. At 40 years old I still pick up the phone and tell my father about my dating life or any experiences that I'm going through.

I hope this letter can shed a different light on my Father Alan Williams and you can see a little bit of his character and the type of person he has been for the last 79 years old.

Thank you for your time- Devin Williams

# EXHIBIT K

Dear Honorable Judge Gardephe,

I Brian Ellis Williams state that Alan Williams is my father. I fully understand after reading material online and my father's post arrested actions, that my father has been convicted of a very serious crime, involving insider trading. I understand that he will stand before Honorable Judge Gardephe in January for sentencing.

**How I see my father inside /out**

My father has always deeply cared for my wellbeing from a young age even removing me from an abusive part time living situation with my stepfather when I shared what was going on. When my mother was not able mentally to care for me at a young age, so my father still made sure even after being divorced that he provided for her well past what the courts ordered. I can remember he would send me with money for my mom, so my previous stepmother would not know who would not have allowed it, just to make sure my mom and I were more than taken care of when I would visit with her and after I left. When my mother moved to Florida with my previous stepfather shortly after she left his abuse ways my dad helped her move back to California, so I could be close to her. I think most fathers would have used that an an advantage however my dad helped me and my mom. I never heard my mother say anything bad about my father while she was alive, she just said that he stressed to much even excessively about working hard to leave enough money for his family to a point of not spending much on himself. He said so many times that his purpose is to build a nest egg for his family when he is gone because my grandpa grew up in poverty in Wales. After he was arrested, I went to his beach house get it ready to sell, since he would not return after being arrested which is one example of his self-punishment that I admire. I noticed on the counter stacks of unopened mail, so I decided to look at the letters and to my surprise 75% of the mail was charity donations and pledges and a lot of them! I was completely surprised since my whole life he said he didn't believe in charity outside of the family. He took it upon himself to use his beach house for mail only for charitable donations no other bills not even utilities for the house itself was in the stack of unopened mail. I believe it was unopened because he didn't want to receive praise for his kind actions that would have made him feel uncomfortable. It was his way to keep his charitable contributions very private. Lastly my dad's health is deteriorating quickly which started about 10 years ago when he found out he had a rare blood disease, but despite this he is so caring and kind with my children who are 5 & 4 years old. You can see he is in physical pain playing on the floor with them, but he makes certain that he does not show them and gives them all the love he can as it is his last day on earth because with the 15 different medications, he is on daily, it very much could be his last. I still see my dad as my hero even with this major mistake because I know it was his obsession to make sure his family was taken care of when he was gone. My father did not spend the money like most criminals, he socked it away for our family not spending on himself and as wrong as it was to do, that's the truth. Please consider this as a major deciding sentencing factor that his criminal activity started with wanting to help someone a friend said needed help then turning into his addiction to help his family when he was gone. I mean my dad has had one Rolex for the last 20 plus years, wears clothes from target and has taken only a few vacations in his life. Most inspiring for me is witnessing my father's own self sentencing, which since arrested he has placed himself on house arrest only leaving to go to the store to buy food for the household. He used to go to the bar every night to spend time with friends he only has left the house for an hour or so twice a week since he was arrested. That is

self-accountable and most honorable to me but that's my dad always puts everyone's needs first then him unfortunately, he trusted the wrong people and made a life changing terrible decision not only for him but his family that depend on him.

**About me:** I am 44 years old a man of Faith & Karma with two baby angels and for the most part happily married. I am a 24-year mortgage professional with excellent past customer reviews online, always going out of my way to help my clients purchase or refinance. I work for a Real Estate Investment Corporation with one of the largest A paper mortgage servicing companies in the US. I started out cold calling for senior brokers in San Francisco while working mostly exclusively with law enforcement. My dad arranged a meeting for me and vetted my work ability with one of the senior brokers which is the only reason I was given a chance. He is the reason I had this opportunity, since I decided to work instead of going to college and now, I am licensed in 19 states. Since I was seven years old my dad never washed his car that was my duty, of course he paid me a little above min wage at the time. He taught me you work from the bottom up and there are no family handouts while he is alive. I would also help him in the yard on the weekends he never needed to ask because I knew it was my obligation to the family. My reward was I would ride my bike with my dad while he jogged on Saturday mornings for years after we would go to lunch together. For me that was winning the lottery then and would be now. You know he never had a gardener even if the areas we lived in frowned on him doing his own yard work as if he was below his affluent neighbors. he could care less and always said there is a difference in maintaining your own home vs paying someone else. My dad also helped me land my first job at 13 years old washing dishes at Pizza Hut and no matter how tired he was from work would drop me off and pick me up. By 15 I was a junior bookkeeper at a drug store he also set up that meeting with the district manager. He taught me to save my money (still learning) and be actable 110% no matter the job and that hard honest work always pays off. When I was 19 he owned a small vineyard in Sonoma CA and he encouraged me to wake up early and work in the fields with the workers. This helped me move up as a wine apprentice by 20 then to real estate lending by 22. No matter the outcome of my dad's sentencing, I will be right by his side with my family because even though we are a small family we got each other's backs, though the good times and bad. I love my dad a lot and I will mention Judge Gardephe I know exactly why he made this decision it was not money for him it was for his family while it's still wrong. If I could take his sentencing I would in a heartbeat because my dad is not just my father, he is my best friend. Thank you for your time reading and for consideration for my dad or as my kids would tell you PAPA Williams.


Thank you Judge Gardephe,

*Brian Ellis Williams*

Brian Ellis Williams

11-21-2024

# EXHIBIT L

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

Dear Judge Gardephe,

My name is Bryan Greear. I'm writing this letter as a character reference for Alan Williams. I
have known Alan for over 14 years as he has been the Stepfather to my biological children,
L█████ and S█████ G████ (twins). My background and work experience was in the
semiconductor and electronics industry. I've spent most of my career living in California and
doing business internationally. In the 2017 timeframe I accepted a consulting position with a
technology company in the Portland area to be closer and supportive of the children to help with
their lives and development. This move led me to temporarily move in with Alan and Karen
Williams as they needed my help with the kids and it brought me closer to my home town of
Seattle where had planned to live after this project was completed.

Over the years, I got to know Alan well and consider him a close friend and indirectly a family
member. He has always been good to me, honest, supportive and of the highest integrity. I knew
he had a very successful career years ago on Wall Street and in financial markets, but never knew
about his business beyond stock trading. He was always good to the kids and has always been
there to support their needs emotionally and financially.

One anecdote or story that speaks to his good will or deeds is his support of the local church and
Christian school the kids attend. Alan had always been very supportive of both church and
school activities, and generous in the local community by participating and helping with various
charity and social activities. He is well respected and liked by everyone he knows and was
involved within the community.

In recognizing that Alan will appear before Judge Gardephe for sentencing and has been
convicted of a serious crime, I feel compelled to defend him as I still can't believe this actually
happened, and that it has taken almost 2 years for sentencing with his guilty plea. Since I've
known him - Alan has had numerous medical issues including an early on-slot of Parkinsons
disease and osteoarthritis. All of this, plus raising kids, now teenagers – has clearly taken a toll
on him at almost 80.

Speaking of taking a toll, this whole situation has been brutal Karen, L████ and S██████
emotionally and created horrible instability for this family. My situation changed as well
because of it, I had planned to move back to Seattle in 20-21, but realized it was critical I stayed.
What was brutal for the kids was the period of early 2020 when we had COVID, and everything
including school and sports was shut down.

Page 2

Just as school had started reopening in 2022 and the family had been returning to some level of normalcy, everything changed with Alan's arrest.  It was December 14th, I was getting the kids ready for school before 8 am, then without warning, we had a full FBI- SWAT raid here at the house, with Assault vehicle, guns drawn, me cuffed and held together outside with the kids and Karen while the FBI raid occurred.

This experience has had a truly negative effect on this family and everyone's lives – we feel the raid was completely unnecessary as we would have just opened the front door with pleasure. Alan wasn't even here - he was at his beach house which the FBI also knew.

In closing, Alan Williams is a kind, generous and respectable gentleman.  He's always available and present to help others and loves his family.  The only critical thing I could say about Alan is he's maybe too kind or too helpful sometimes. This is possibly how he got mixed up with these guys and this mess.


Sincere Regards,


Bryan Greear

bryan.greear@gmail.com

# EXHIBIT M

December 1, 2024

Hon. Paul G. Gardephe
United states District Judge
Southern District of New York
New York , New York 10007

Honorable, Judge Gardephe

My name is S█████ G███, Alan Williams is my father. Or as I prefer to call Alan as "Papa" In December of 2022, the government had brought Alan's scheme to the service, and acknowledged my whole household of it. Which led me to write this letter on behalf of Alan "Papa". Before the Government Brought this to the light, nobody had a single clue that Alan had been committing multiple felonies with Lawrence Billimek. Knowing him for my whole life, this is out of Alan's character. I've always known Alan to be helpful and sensitive to other people's situations and overall generous to everyone surrounding him. Before and After this came to everyone's knowledge , He took care of me like I was his own. When Alan was first starting to come into my life, he would drive 10 hours from Oregon to California both ways to see L████ and I every two weeks. Alan took my mother , Bryan Greear ,and my brother and I under his wing and gave us a place to call home. Although Bryan Greear is my Biological Father, Alan Williams was the one who raised me and watched me turn into the person I am today, that is the reason why I call him "Papa". Alan has been to every big moment in my life so far and as I recall Bryan Greear has never made a sighting. Showing that Alan has not only been there for myself but for my brothers and sisters.

Therefore I ask for your mercy for Alan's sentencing. Thank you for taking the time to read this letter.

Sincerely

S█████ G███
Daughter of Alan Williams

# EXHIBIT N

November 19, 2024

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Honorable Judge Gardephe,

My name is Greg Kelisky, I've know Alan Williams through Karen Williams for over twenty years. I am a self employed Mortgage Consultant in Marin County, California.

I employed Alan's son Brian Williams at my Mortgage Company in San Francisco for several years. During that time I spent many evenings at dinner with Alan and Karen. I introduced Alan to my family members in Sonoma County. One memory I have is at my parents home in Glen Ellen when I needed help with yard work and Alan drove over with his equipment and began weed whacking my parents yard. A man in his position could have sent his vineyard team but he came himself with his truck and began working. My parents really got a kick out of someone so kind with his time.

I also trained and mentored Alan's son Brian and Alan supported Karen getting her Brokers license to represent my firm back then.

We share a family attorney for our estate planning and Alan has done bridge lending to clients at our mutual attorneys office. Our personal relationship is very deep and I consider Alan family.

After Alan and Karen got married in San Francisco, he Karen and the twins and I went for a great lunch on the wharf in San Francisco. We've spent many holidays together and I know the family very well.

It came as a surprise when I heard Alan was convicted of a crime. It still remains a mystery why he would do this after knowing him so long.

I can only say that my relations with Alan were always straight forward and honest.

I would ask that Alan be sentenced with lenience as I believe he has remorse and regret for what he's done.

Thank you,

Greg Kelisky
415-828-5818