LAW OFFICES OF
## JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

February 5, 2025

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Alan Williams</u>, S1 22 Cr. 675 (PGG)

Dear Judge Gardephe:

    I am writing jointly with the government to respectfully request an adjournment of the sentencing in the above-referenced case, presently scheduled for February 7, 2025, to March 25, 2025 at 3:00 p.m., which I am informed by Your Honor's Courtroom Deputy is available on the Court's calendar.  The reason for this request is twofold: 1) this adjournment will permit the parties to resolve complicated forfeiture issues prior to sentencing which remain outstanding; and 2) this additional time will hopefully provide Probation with a sufficient opportunity to address a second set of PSR objections, filed on January 8, 2025, concerning the defendant's finances, which were reiterated in the defendant's January 15, 2025 sentencing submission.

    Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

*Jeffrey Lichtman*

**MEMO ENDORSED:** The sentencing is adjourned to **April 7, 2025, at 3:00 p.m.**

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge
Dated:  February 3, 2025

cc:  Jason Richman, Esq.
     Assistant United States Attorney (by ECF)

     Johnny Kim
     United States Probation Officer Specialist (by email)