LAW OFFICES OF
# JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

March 31, 2025

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Alan Williams</u>, S1 22 Cr. 675 (PGG)

Dear Judge Gardephe:

    I am writing with the consent of the government to respectfully request an adjournment of the sentencing in the above-referenced case, presently scheduled for April 7, 2025, to April 28, 2025 at 11:00 a.m., which I am informed by Your Honor's Courtroom Deputy is available on the Court's calendar. The reasons for this request are as follows: 1) the parties continue to work through complicated issues of forfeiture which are unlikely to be resolved prior to the presently scheduled sentencing date; 2) Mr. Williams suffered another fall related to the medical ailments outlined in his January 15, 2025 sentencing submission, and we are sourcing relevant medical records so that we may apprise the Court as to his present condition; and 3) Probation has yet to respond to Mr. Williams January 8, 2025 PSR objections, as noted in his sentencing brief.

    Thank you for the Court's consideration of this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:    AUSA Jason Richman (by ECF)
       USPO Johnny Kim (by email)