UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA                    **Order of Restitution**

        v.

                                            S1 22 Cr. 675 (PGG)

ALAN WILLIAMS,

---

Upon the application of the United States of America, by its attorney, Matthew Podolsky, United States Attorney for the Southern District of New York, Jason Richman, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Counts One through Four of Superseding Information S1 22 Cr. 675 (PGG); and all other proceedings in this case, it is hereby ORDERED that:

        1.      **Amount of Restitution**

ALAN WILLIAMS, the defendant, shall pay restitution in the total amount of $38,159,668.46, pursuant to 18 U.S.C. § 3663, to Nuveen, LLC as the victim of the offense charged in Counts One through Three of Superseding Information S1 22 Cr. 675 (PGG). Upon advice by the United States Attorney's Office of a change of address of the victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

Restitution is joint and several with defendant LAWRENCE BILLIMEK in this case. Each defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or the victim has recovered the total amount of its loss from the payments made by the codefendants.

        2.      **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(1), restitution in the full amount of $38,159,668.46 is due immediately, and in accordance with 18 U.S.C. § 3664(f)(2) and consideration of the financial

resources and other assets of the defendant, the restitution is payable in the manner and according to the schedule that follows:

While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison will be paid in installments of at least 20% of the defendant's gross monthly income on the 15th of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

### 3.     Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

### 4.     Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any

material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

     5.    **Term of Liability**

     The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

Dated:     <u>April 15, 2025</u>
            New York, New York

                        HONORABLE PAUL G. GARDEPHE
                        UNITED STATES DISTRICT JUDGE