UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -v.-

ALAN WILLIAMS,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DECLARATION IN SUPPORT
OF FINAL ORDER OF
<u>FORFEITURE</u>

S1 22 Cr. 675 (PGG)

        Jason A. Richman, pursuant to Title 28, United States Code, Section 1746, declares under penalty of perjury as follows:

        1.     I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York, and attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

        2.     On or about April 28, 2025, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 109) with respect to ALAN WILLIAMS (the "Defendant"), imposing a money judgment in the amount of $47,000,000 in United States currency against the Defendant, and forfeiting to the United States all right, title and interest of the Defendant in, among other things, the following specific property:

        a. any and all funds and assets up to and including $6,476,123 in United States currency and securities on deposit in Charles Schwab account 2548-5127 (formerly TD Ameritrade brokerage account number 780-078556) and held in the name of Alan Williams (the "5127 Account");

        b. any and all funds and assets up to and including $7,806,920 in United States currency and securities on deposit in Charles Schwab account 9615-1161

        (formerly TD Ameritrade brokerage account number 875-327835) and held in the name of Alan G. Williams Trust (the "1161 Account");

    c.  any and all funds up to and including $17,932,268 in United States currency on deposit in JP Morgan Chase account number 3132113303 held in the name of Alan Williams (the "3303 Account");

    d.  any and all funds up to and including $461,000 in United States currency on deposit in JP Morgan Chase account number 1854194099 held in the name of Alan Williams (the "4099 Account");

    e.  any and all funds up to and including $3,695,000 in United States currency on deposit in JP Morgan Chase account number 444961200 held in the name of Alan G. Williams Income Trust (the "1200 Account").

(a. through e., collectively the "Specific Property").

    3.    The Notice of Forfeiture and the intent of the Government to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on May 9, 2025 for thirty (30) consecutive days, through June 7, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court October 10, 2025 (D.E. 120).

    4.    On or about June 18, 2025, the Government seized $204,049.50 from the 3303 Account (the "3303 Account Funds").

    5.    On or about June 18, 2025, the Government seized $15,757.82 from the 4099 Account (the "4099 Account Funds").

    6.    On or about June 18, 2025, the Government seized $417,698.81 from the 1200 Account (together with the 5127 Account, the 1161 Account, the 3303 Account Funds, and the 4099 Account Funds, the "Forfeitable Property").

  7. Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Forfeitable Property have been filed.

  8. The Defendant is the only person and/or entity known by the Government to have a potential interest in the Forfeitable Property.

  9. Accordingly, the Government requests that the Court enter the proposed Final Order of Forfeiture as to the Forfeitable Property.

  10. No previous application for the relief requested herein has been sought.

Dated: New York, New York
   October 10, 2025

             JAY CLAYTON
             United States Attorney for the
             Southern District of New York

         By:   */s/*
             Jason A. Richman
             Assistant United States Attorney
             26 Federal Plaza, 38th Floor
             New York, New York 10278
             (212) 637-2589