UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -v.-

ALAN WILLIAMS,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF FORFEITURE**

S1 22 Cr. 675 (PGG)

WHEREAS, on or about April 28, 2025, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 109) with respect to ALAN WILLIAMS (the "Defendant"), imposing a money judgment in the amount of $47,000,000 in United States currency against the Defendant, and forfeiting to the United States all right, title and interest of the Defendant in, among other things, the following specific property:

    a. any and all funds and assets up to and including $6,476,123 in United States currency and securities on deposit in Charles Schwab account 2548-5127 (formerly TD Ameritrade brokerage account number 780-078556) and held in the name of Alan Williams (the "5127 Account");

    b. any and all funds and assets up to and including $7,806,920 in United States currency and securities on deposit in Charles Schwab account 9615-1161 (formerly TD Ameritrade brokerage account number 875-327835) and held in the name of Alan G. Williams Trust (the "1161 Account");

    c. any and all funds up to and including $17,932,268 in United States currency on deposit in JP Morgan Chase account number 3132113303 held in the name of Alan Williams (the "3303 Account");

    d. any and all funds up to and including $461,000 in United States currency on deposit in JP Morgan Chase account number 1854194099 held in the name of Alan Williams (the "4099 Account");

    e. any and all funds up to and including $3,695,000 in United States currency on deposit in JP Morgan Chase account number 444961200 held in the name of Alan G. Williams Income Trust (the "1200 Account").

(a. through e., collectively the "Specific Property").

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on May 9, 2025, for thirty (30) consecutive days, through June 7, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on October 10, 2025 (D.E. 120);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, on or about June 18, 2025, the Government seized $204,049.50 from the 3303 Account (the "3303 Account Funds");

WHEREAS, on or about June 18, 2025, the Government seized $15,757.82 from the 4099 Account  (the "4099 Account Funds");

WHEREAS, on or about June 18, 2025, the Government seized $417,698.81 from the 1200 Account (together with the 5127 Account, the 1161 Account, the 3303 Account Funds, and the 4099 Account Funds, the "Forfeitable Property");

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Forfeitable Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the Forfeitable Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeitable Property.

3. The United States Marshals Service (or its designee) shall take possession of the Forfeitable Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
October 14, 2025

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE